**Opinion issued April 30, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00106-CV

————————————

## IN RE ROBERT PINA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Robert Pina, has filed a petition for writ of mandamus challenging the trial court's January 28, 2013 order transferring venue of the underlying case[1] from Harris County to Brazos County. Pina contends that the trial court abused its discretion in granting the motion to transfer venue of the real party in interest, Den-Dol, Incorporated.

---

[1]  The underlying case is *Pina v. Den-Dol, Inc.*, No. 2012-55901, in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We deny the petition and all pending motions.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.